Candice C. Decaire, Kilpatrick Townsend & Stockton LLP, Atlanta, GA, argued for appellant. Also represented by Adam Howard Charnes, Winston–Salem, NC.

Barry J. Herman, Womble Carlyle Sandridge & Rice LLP, Baltimore, MD, argued for appellee. Also represented by Preston Hamilton Heard, Dana E. Stano, Atlanta, GA.

REYNA, BRYSON, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

## PENTAIR WATER POOL AND SPA, INC., Plaintiff–Appellee,

v.

## HAYWARD INDUSTRIES, INC., Hayward Pool Products, Inc., Defendants–Appellants.

### No. 2015–1488.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

---

Mark Boland, Sughrue Mion, PLLC, Washington, DC, argued for plaintiff-appellee. Also represented by Kenneth J. Burchfiel, Raja N. Saliba, Grant Simon Shackelford.

Lee Carl Bromberg, McCarter & English, LLP, Boston, MA, argued for defendants-appellants. Also represented by Lori Jayne Shyavitz, Amy Joy Tindell, Keith E. Toms; Scott S. Christie, Matthew Adam Sklar, Newark, NJ.

MOORE, O'MALLEY, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

## In re Aaron Gershon FILLER, Appellant.

### No. 2015–1687.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

---

Aaron Gershon Filler, Tensor Law, P.C., Santa Monica, CA, argued pro se.

Sarah E. Craven, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Farheena Yasmeen Rasheed.

LOURIE, DYK, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

James S. **CHIZMAR**, Plaintiff–Appellant

v.

**ACCO BRANDS CORPORATION,**
Staples, Inc., Defendants–Appellees.

No. 2015–1715.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Zachary David Silbersher, Kroub Silbersher & Kolmykov PLLC, New York, NY, argued for plaintiff-appellant. Also represented by Sergey Kolmykov, Gaston Kroub.

Chad S.C. Stover, Barnes & Thornburg LLP, Wilmington, DE, argued for defendants-appellees.

CHEN, CLEVENGER, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**